DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-727

[June 18, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case Nos. 16-008741CF10A, 16-008898CF10A and 16-009273CF10A.

Christopher Thomas, Milton, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed*

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***